**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Gas Depot Oil Company

                                 Plaintiff,

v.                                                                      Case No.: 1:22−cv−01343
                                                                                 Honorable Edmond E. Chang

King Drive Marathon, Inc., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 14, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: Video status hearing held. Counsel for the parties appeared by video. Counsel for the Plaintiff reported that the license certificate bearing the Marathon mark have been changed. The TRO shall expire on 04/15/2022. The defense's oral request to extend the responsive−pleading deadline is granted to 05/12/2022. Rule 26(a)(1) disclosures due 05/26/2022. The first round of written discovery requests must be issued by 06/10/2022. Fact discovery must be completed by 12/19/2022. Rule 16(b) deadline to add parties or amend pleadings is 11/01/2022. The deadline to serve subpoenas is 10/17/2022, absent good cause (e.g., genuine surprise despite due diligence). The Plaintiff shall make a formal settlement demand by 06/06/2022, explaining in detail the basis for liability, itemizing damages, and making a good−faith demand that takes into account the risks of litigation, the time and expense of litigation. The Defendants shall respond by 06/20/2022 to the Plaintiff's demand, explaining in detail the basis for the offers and taking into account the same risks and costs of litigation. The Defendants shall submit a copy of the demand and the offers to chambers through the Proposed Order e−mail account. The parties may jointly email the courtroom deputy, michael_wing@ilnd.uscourts.gov, for a settlement referral before the next status hearing. If the case is referred for a settlement conference, then the time that is then−remaining on the discovery deadline will be added onto the back−end of the current discovery deadline. A tracking status hearing is set for 06/24/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties are to file a joint status report by 06/17/2022 reporting on whether the Rule 26(a)(1) disclosures were made, discovery progress, and anything further the parties want to report on. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.